UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| FARMERS GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> L.J. LINDER AND ASSOCIATES INSURANCE SERVICES, INC, et al., <br><br> Defendants. | Case No. 1:18-cv-00256-DAD-MJS <br><br> ORDER RE FIRST STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT <br><br> (ECF No. 15) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants' responses to the first amended complaint shall be filed on or before May 15, 2018.

IT IS SO ORDERED.

Dated: __April 30, 2018__

UNITED STATES MAGISTRATE JUDGE